**Order filed June 13, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00427-CV

_____

### In the Interest of C.W., D.T., J.T., and A.T., children

---

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 88637-F**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination case. The notice of appeal was filed May 21, 2018. The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). This court previously granted an extension to file Terri Sanchez's portion of the reporter's record through June 12, 2018. When the extension was granted we stated that no further extensions would be granted absent exceptional circumstances. Terri Sanchez's portion of the record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is

filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because Terri Sanchez's portion of the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order Terri Sanchez, the court reporter, to file the record in this appeal **on or before June 25, 2018.** If Terri Sanchez does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why her portion of the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM